

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00067-CR

———————————————

LARRY DAVID GARCIA, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 78th District Court
Wichita County, Texas
Trial Court No. 54,999-B

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Larry David Garcia, proceeding pro se, filed a notice of appeal from the trial court's denial of his "Motion for Copy of Record of Proceedings." We sent Garcia a letter expressing our concern that we do not have jurisdiction because the trial court has not entered any appealable orders. We informed him that unless he or any other party desiring to continue the appeal filed a response showing grounds for continuing the appeal, we would dismiss it. *See* Tex. R. App. P. 44.3. Garcia did not respond to our letter.

Generally, we only have jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *Bridle v. State*, 16 S.W.3d 906, 907 (Tex. App.—Fort Worth 2000, no pet.) (per curiam); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (per curiam). We therefore dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *White v. State*, No. 02-18-00386-CR, 2019 WL 621574, at *1 (Tex. App.—Fort Worth Feb. 14, 2019, no pet.) (mem. op., not designated for publication); *Jackson v. State*, No. 02-11-00179-CR, 2011 WL 3211237, at *1 (Tex. App.—Fort Worth July 28, 2011, no pet.) (per curiam) (mem. op., not designated for publication).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: April 30, 2020